IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MATTHEW MUSKE, an individual; NOELLE MUSKE, an individual , <br><br> Plaintiffs, <br><br> vs. <br><br> RONNING DEVELOPMENT, LLC, an Arizona limited liability company; CLEAR CREEK CONSTRUCTION, LLC, a/k/a CLEAR CREEK BUILDERS, LLC, an Arizona limited liability company, <br><br> Defendants. | CV 24-13-H-BMM-KLD <br><br> ORDER |
| RONNING DEVELOPMENT, LLC, an Arizona limited liability company; CLEAR CREEK CONSTRUCTION, LLC, a/k/a CLEAR CREEK BUILDERS, LLC, an Arizona limited liability company , <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> BEAR EXCAVATION INC., a Montana corporation; MUNDT CONSTRUCTION; a Montana sole proprietorship, <br><br> Third-Party Defendants. | |

Defendants Ronning Development, LLC and Clear Creek Construction, LLC have filed an Unopposed Motion to Vacate Scheduling Conference or in the Alternative Reset the Scheduling Conference (Doc. 33). Accordingly, and good cause appearing,

IT IS ORDERED that the Scheduling Conference set for December 16, 2024 is vacated.

IT IS FURTHER ORDERED that the parties shall submit a stipulated scheduling order on or before December 20, 2024.

DATED this 13th day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge